IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| ONEIL HODGSON MOSES,<br><br>　　　　Petitioner,<br><br>　v.<br><br>WARDEN, FSL JESUP,<br><br>　　　　Respondent. | CIVIL ACTION NO.: 2:24-cv-128 |

**O R D E R**

Respondent has moved to dismiss Petitioner's action for habeas corpus relief.  Doc. 9. The Court **ORDERS** Petitioner to file a response to Respondent's Motion to Dismiss within 14 days of the date of this Order.  If Petitioner does not file a response within 14 days, the Court will assume Petitioner does not object to dismissal of this action and will grant Respondent's Motion to Dismiss as unopposed.

　　**SO ORDERED**, this 13th day of January, 2025.

　　　　　　　　　　　　　　　　　　　　BENJAMIN W. CHEESBRO
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF GEORGIA